IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| DANA G. REED, | : | CASE NO. 10-92750-CRM |
| | : | |
| DEBTOR. | : | |

| | | |
|---|---|---|
| | : | |
| DONALD F. WALTON, | : | |
| UNITED STATES TRUSTEE, | : | |
| OBJECTOR, | : | |
| | : | |
| -vs- | : | CONTESTED MATTER |
| | : | |
| CITIMORTGAGE, INC., | : | |
| RESPONDENT. | : | |

**UNITED STATES TRUSTEE'S OBJECTION TO
CLAIM NO. 1 OF CITIMORTGAGE, INC.**

Donald F. Walton, United States Trustee, hereby objects to the amended proof of claim filed in this case by or on behalf of CitiMortgage, Inc. dated November 18, 2010 and filed as claim no. 1 in this case ("CitiMortgage Proof of Claim").  In support thereof of this Objection, the United States Trustee states as follows:

1.Dana G. Reed (the "Debtor") commenced this case by filing a voluntary petition for relief under chapter 13 of the Bankruptcy Code on November 1, 2010 (Doc. No.1).

2.Nancy J. Whaley is the Chapter 13 Trustee in this case.

3.The claims bar date is March 16, 2011.

4.The Debtor's chapter 13 plan has not yet been confirmed.

5. The Court has jurisdiction over Debtor's bankruptcy case pursuant to 28 U.S.C. §1334(a), and this Objection gives rise to a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(B).

6. On November 18, 2010, CitiMortgage, Inc. filed the CitiMortgage Proof of Claim asserting a secured claim of $155,224.76 including an arrearage of $30,474.18.

7. The CitiMortgage Proof of Claim includes the sum of $505.50 for "Property Inspections".

8. The United States Trustee is unable to determine the reasonableness of the charges in the absence of narrative explanations and/or backup information sufficient to verify the claimed amounts and the date(s) the charges were incurred.

WHEREFORE, the United States Trustee respectfully requests that the Court sustain this objection, reduce the CitiMortgage Proof of Claim to the amounts substantiated by CitiMortgage and grant such other and further relief as the Court deems just and proper.

> DONALD F. WALTON
> UNITED STATES TRUSTEE
> REGION 21
>
> By:     */s/ Vivieon E. Kelley*
> Vivieon E. Kelley, Esquire
> Georgia Bar No. 143033
> *Office of the United States Trustee*
> Suite 362, Richard B. Russell Building
> 75 Spring Street, SW
> Atlanta, Georgia  30303
> 404-331-4437, ext. 125
> vivieon.e.kelley@usdoj.gov

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| DANA G. REED, | : | CASE NO. 10-92750-CRM |
| | : | |
| DEBTOR. | : | |

| | | |
|---|---|---|
| | : | |
| DONALD F. WALTON, | : | |
| UNITED STATES TRUSTEE, | : | |
| OBJECTOR, | : | |
| | : | |
| -vs- | : | CONTESTED MATTER |
| | : | |
| CITIMORTGAGE, INC., | : | |
| RESPONDENT. | : | |

**NOTICE OF REQUIREMENT OF RESPONSE TO UNITED STATES
TRUSTEE'S OBJECTION TO CLAIM NO. 1 OF CITIMORTGAGE, INC.;
OF DEADLINE FOR FILING RESPONSE; AND OF HEARING**

**PLEASE TAKE NOTICE** that the United States Trustee has filed an objection to Claim No. 1 filed by CitiMortgage, Inc. In the above-referenced case.

**Your rights may be affected by the court's ruling on this objection. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the objection or if you want the court to consider your views, then on or before January 31, 2011, you and/or your attorney must:

(1) File with the court a written response, explaining your positions and views as to why your claim should be allowed as filed. The written response must be filed at the following address: Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Spring Street, Atlanta, GA 30303. If you mail your response to the Clerk for filing, you must mail it early enough so that the Clerk will actually receive it on or before the date stated above.

(2) Mail or deliver a copy of your written response to the Objector's attorney at the address stated below. You must attach a Certificate of Service to your written response stating when, how, and on whom (including addresses) you served the response.

If you or your attorney do not file a timely response, the Court may decide that you do not oppose the relief sought, in which event the hearing scheduled below may be cancelled and the Court may enter an Order disallowing your claim as requested without further notice and without a hearing.

If you or your attorney file a timely response, then a hearing will be held in **Courtroom 1203, Russell Federal Building, 75 Spring Street, Atlanta, GA at 10:00 am on the 8th day of February 2011.** You or your attorney must attend the hearing and advocate your position.

DONALD F. WALTON
UNITED STATES TRUSTEE
REGION 21

By:    */s/ Vivieon E. Kelley*
Vivieon E. Kelley, Esquire
Georgia Bar No. 143033
United States Department of Justice
*Office of the United States Trustee*
Suite 362, Richard B. Russell Building
75 Spring Street, SW
Atlanta, Georgia  30303
404-331-4437, ext. 125
vivieon.e.kelley@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the foregoing was sent by First Class United States Mail to the following parties in interest:

E.L. Clark
Clark & Washington, P.C.
330 Northeast Expwy., Bldg. 3, Suite A
Atlanta, GA 30341

Dana G. Reed
70 Desota Drive
Covington, GA 30016

Nancy J. Whaley
Chapter 13 Trustee
303 Peachtree Center Avenue, Suite 120
Atlanta, GA 30303

CitiMortgage, Inc.
Registered Agent; CT Corporation System
1201 Peachtree Street
Atlanta, GA 20261

CitiMortgage, Inc.
Attention: Annette King, Bankruptcy Specialist
P.O. Box 140609
Irving, TX 75019-0609

CitiMortgage, Inc.
Sanjiv Das, CEO
1000 Technology Dr.
O'Fallon, MO 63368

Done this 6th day of December, 2010.

                                              By:  /s/ Vivieon E. Kelley
                                              Vivieon E. Kelley
                                              Trial Attorney